[No. 51846-1-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04520-7, Robert H. Alsdorf, J., entered January 23, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52009-1-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. M.J.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01067-1, Mariane Spearman, J. Pro Tem., entered February 28, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52393-7-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03820-9, Carol A. Schapira, J., entered May 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52651-1-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW GEORGE QUINN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08389-5, Richard A. Jones, J., entered March 14, 2002. *Affirmed* by unpublished per curiam opinion.